UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JACOB MOSKOVICS,

                              Plaintiff,                          Civil Action No. 1:16-cv-07121

              -against-                                           **DEMAND FOR COMPLAINT**

METROPOLITAN LIFE INSURANCE COMPANY                               Document Electronically Filed
a/k/a METLIFE,


                              Defendant.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Defendant named below hereby demands that you serve a copy of the

Complaint within 20 days of the date of this Demand upon the Defendant at the address stated below.


Dated: New York, New York
       December 29, 2016

                              Yours, etc.

                              SEDGWICK LLP


                              By: /s/ Michael H. Bernstein
                                   Michael H. Bernstein (MB 0579)
                                   *Attorneys for Defendant*
                                   METROPOLITAN LIFE INSURANCE COMPANY
                                   225 Liberty Street – 28th Floor
                                   New York, New York 10281-1004
                                   (212) 422-0202



TO:    Samuel Karpel
       Mendel Zilberberg & Associates, P.C.
       4405 17th Avenue
       Brooklyn, New York 11201
       *Attorneys for Plaintiff*



84118888v1