UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACOB MOSKOVICS,

                              Plaintiff,

            -against-

METROPOLITAN LIFE INSURANCE COMPANY
a/k/a METLIFE,

                             Defendant.
------------------------------------------------------------------X

Civil Action No. 1:16-cv-07121

**CERTIFICATE OF SERVICE**

Document Electronically Filed

      I hereby certify that, on December 29, 2016, **Demand for Complaint** was electronically filed with the Clerk of this Court using the CM/ECF system, and that a true and correct copy of the foregoing document was served via U.S. Mail, postage prepaid, upon the following:

Samuel Karpel
Mendel Zilberberg & Associates, P.C.
4405 17th Avenue
Brooklyn, New York 11201
*Attorneys for Plaintiff*

Dated:  New York, New York
          December 29, 2016

                                       /s/ Michael H. Bernstein
                                       Michael H. Bernstein (MB 0579)